United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | Case No. 25-cv-11063-NW |
|---|---|
| Plaintiffs, | **CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)** |
| v. | |
| BLUE HILLS STUDIO APTS. II, LLC, | |
| Defendants. | |

The court reviewed the joint case-management conference on and issues this case-management and pretrial order. April 7, 2026, Case Management Conference is vacated.

The parties have not yet reached an agreement regarding an ADR process.  The parties are ordered to meet and confer within 10 days of this Order to elect either private mediation or court-sponsored mediation, either of which must be completed by no later than August 31, 2026.  If the parties cannot reach an agreement, the parties will be referred to court-sponsored mediation.  The parties shall file an updated ADR agreement by May 1, 2026.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>　[x]　Court-sponsored mediation<br>　[ ]　Court-sponsored ENE<br>　[ ]　Mag. Judge Settlement Conf.<br>　[x]　Private mediation<br>　[ ]　Private arbitration<br>　[ ]　Other: | August 31, 2026 |
| Close of Fact Discovery | October 09, 2026 |
| Opening Expert Reports | November 06, 2026 |
| Rebuttal Expert Reports | December 04, 2026 |
| Close of Expert Discovery | December 25, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: January 15, 2027<br>**Responses**: January 29, 2027<br>**Replies**: February 05, 2027 |
| Hearing on Dispositive and *Daubert* Motions | March 10, 2027, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | April 21, 2027 |
| Final Pretrial Conference | May 05, 2027, at 2:00 p.m. |
| Trial | May 24, 2027, at 9:00 a.m. |
| Length of trial | 4 days |

**IT IS SO ORDERED.**

Dated: March 31, 2026

_____

Noël Wise
United States District Judge